ORDERED.

Dated: April 13, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-bk-04456-LVV
CHAPTER 13

In Re: CHEN, JINCHUN,

Debtor.
_____/

**AGREED ORDER AMENDING ORDER GRANTING MOTION TO AVOID LIEN (DE 31)**

THIS CAUSE having come before this Court on Creditor, 3701 VINELAND, LLC's Motion to Amend Order Granting Motion to Avoid Lien ("Motion to Amend") (DE.60), and the Court having the benefit of agreement between the parties and being otherwise advised in the Premises, it is

IT IS ORDERED as follows:

1. 3701 VINELAND, LLC's Motion to Amend is hereby granted.

2. The judicial lien of 3701 VINELAND LLC, created by the recordation of a judgment for $166,954.84 on June 18, 2020, at Doc No. 20200336701 of the official records of Orange County impairs the Debtor's exempt homestead property located at 2401 Christammy Ct., Orlando, FL 32835-8214 and legally described as:

**METROWEST UNIT TWO REPLAT 23/120 LOT 97**

is hereby avoided pursuant to 11 U.S.C. § 522(f).

3. Unless the Debtor's bankruptcy case is dismissed, the Lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

4. However, the aforementioned judgment shall remain as an allowed unsecured claim against Debtor.

Agreed to by:

| | |
|---|---|
| /s/Jacqueline R. LaVerne | s/Allison L. Friedman |
| Jacqueline R. LaVerne, Esq. | Allison L. Friedman, Esq. |
| Florida Bar No. 1000371 | Florida Bar No.: 0055336 |
| BOGIN, MUNNS & MUNNS, P.A. | ALLISON L. FRIEDMAN, P.A. |
| 1000 Legion Place, Suite 1000 | 20533 Biscayne Blvd., Suite 4-435 |
| Orlando, FL   32801 | Aventura, Florida 33180 |
| Mailing:  PO Box 2807, Orlando, FL 32802 | Telephone: (305) 905-2679 |
| Telephone:  407-578-1334 | Facsimile: (305) 692-0387 |
| Fax:  407-578-2801 | afriedmanpa@outlook.com |
| Email:  Jlaverne@boginmunns.com | |

Allison L. Friedman, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.