ORDERED.

Dated: May 25, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-bk-04456-LVV
CHAPTER 13

In Re: CHEN, JINCHUN,

Debtor.
_____/

**ORDER GRANTING CREDITOR 3701 VINELAND, LLC'S MOTION TO MODIFY CONFIRMED PLAN TO CHANGE NATURE OF CLAIM (DE 68)**

THIS CAUSE having come before this Court on Creditor, 3701 VINELAND, LLC's Motion to Modify Confirmed Plan to Change Nature of Claim ("Motion to Modify") (DE.68), and the Court having reviewed the Motion and being otherwise advised in the Premises, it is

IT IS ORDERED as follows:

1. 3701 VINELAND, LLC's Motion to Modify is hereby granted.

2. The Confirmed Plan (DE 59) shall be modified to reflect that 3701 VINELAND, LLC has an unsecured claim against Debtor.

Allison L. Friedman, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.